JS-6

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

AmGUARD INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff

     vs.

AGMMM PHARMACY, INC., a California Corporation,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV 25-10935-MWF(KSx)

**ORDER DISMISSING ACTION WITH PREJUDICE**

[FRCP, Rule 41(a)]

Complaint Filed: November 14, 2025
Trial Date:  Not Set

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice (Docket No. 13) and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear its own attorneys' fees and other costs of suit.

**IT IS SO ORDERED.**

Dated: February 18, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-

ORDER DISMISSING ACTION WITH PREJUDICE